IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:07-CR-123-FL-1
Civil No. 7:12-CV-211-FL

| | |
|---|---|
| ERNEST LEE SMITH,  )  <br>     Petitioner,  ) <br> ) <br> v.  ) <br> ) <br> UNITED STATES OF AMERICA,  ) <br>     Respondent.  ) | ORDER |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 28th day of July, 2012.

                                             /s/ Louise W. Flanagan
                                             LOUISE WOOD FLANAGAN
                                             UNITED STATES DISTRICT JUDGE