# UNITED STATES DISTRICT COURT
для
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>ERNEST LEE SMITH | )<br>)<br>)  Case No:  7:07-CR-123-1FL<br>)  USM No:  70286-056 |
| Date of Original Judgment: May 7, 2008<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )  Laura Wasco<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.
The offense level resulted from application of the career offender guideline.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 7, 2008 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 6/3/2014

Judge's signature: /s/ Louise W. Flanagan

Louise W. Flanagan, U.S. District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*